UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| R.R. III, etc., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF BANNING, et al.,<br><br>　　　　Defendants. | CASE NO. 14-CV-01430-CAS (FFMx)<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>Trial Date:　　None Set |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

　　1.　The Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

　　2.　The settlement is further memorialized in a written settlement agreement.

　　3.　The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988, except for those specifically

1 | negotiated for and previously agreed in writing prior to the execution of this
2 | dismissal.
3 |     4.    This Order is the result of a compromise of disputed claim. It is not to
4 | be considered as an admission of liability and/or responsibility with regard to the
5 | incident, occurrence, casualty or event referenced in the pleadings herein.
6 |     IT IS SO ORDERED, ADJUDGED AND DECREED.
7 |
8 | DATED: January 3, 2017
9 |
10 |     By: _____
11 |        Hon. Christina A. Synder
       United States Magistrate Judge

4844-0835-7951.1

2

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE